CEM

**FILED**
**NOVEMBER 7, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Chicago Regional Council of Carpenters Pension Fund et al.
v. Al Hatcher, Inc.

Case Number:

**07 C 6316**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

All Plaintiffs

**JUDGE CONLON**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| NAME (Type or print) Kevin P. McJessy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM McJessy Ching & Thompson, LLC | |
| STREET ADDRESS 3759 N. Ravenswood, Suite 231 | |
| CITY/STATE/ZIP Chicago, IL 60613 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6229825 | TELEPHONE NUMBER (773) 880-1260 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |