UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND and its Trustees RICHARD A. BAGGIO, TIM COLEMAN, PAUL R. HELLERMANN, JEFFREY ISAACSON, BENJAMIN JOHNSTON, J. DAVID PEPPER, ROBERT QUANSTROM, MICHAEL J. SEXTON and MARTIN C. UMLAUF; CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND and its Trustees RICHARD A. BAGGIO, TIM COLEMAN, PAUL R. HELLERMANN, JEFFREY ISAACSON, BENJAMIN JOHNSTON, FRANK LIBBY, J. DAVID PEPPER, ROBERT QUANSTROM, THOMAS S. RAKOW, MICHAEL J. SEXTON and MARTIN C. UMLAUF; CHICAGO AND NORTHEAST ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICE AND TRAINING PROGRAM and its Trustees RICHARD A. BAGGIO, TODD H. HARRIS, JEFFREY ISAACSON, KEITH JUTKINS, ALBERT L. LEITSCHUH, RANDY R. MEYER, BRUCE A. NELSON, J. DAVID PEPPER, JAMES A. SIKICH and MARTIN C. UMLAUF; and LABOR/MANAGEMENT UNION CARPENTRY COOPERATION PROMOTION FUND and its Trustees RICHARD A. BAGGIO, KENNETH BORG, JOSEPH FELDNER, J. DAVID PEPPER, and MARTIN C. UMLAUF, | |
| Plaintiffs, | No. 07 C 6316 |
| vs. | Judge Suzanne Conlon |
| AL HATCHER, INC., an Illinois corporation, | Magistrate Judge Cole |
| Defendant. | |

**NOTICE OF MOTION**

To:    Kevin P. McJessy
McJessy, Ching & Thompson, LLC
3759 North Ravenswood, Suite 231
Chicago, IL 60613
mcjessy@mcandt.com

PLEASE TAKE NOTICE that on Thursday, December 6, 2007, at 9:00 a.m., counsel for Defendant shall appear before the Honorable Suzanne B. Conlon in Courtroom 1743 in the United States District Court, Northern District of Illinois, Eastern Division, located in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. At that time, Counsel for Defendant shall present Defendant's Motion for Extension of Time to File an Answer or Other Responsive Pleading.

Dated: November 30, 2007                                  Respectfully submitted,

                                                                       /s/ *Thomas F. Hurka*
                                                                       One of the Attorneys for Defendant
                                                                       Al Hatcher, Inc.

Michael A. Pollard
michael.a.pollard@bakernet.com
Lisa S. Brogan
lisa.s.brogan@bakernet.com
Thomas F. Hurka
thomas.f.hurka@bakernet.com
BAKER & McKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, Illinois 60601
(312) 861-8000
Fax: (312) 861-2899

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I caused the foregoing Notice of Motion to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

> Kevin P. McJessy
> McJessy, Ching & Thompson, LLC
> 3759 North Ravenswood, Suite 231
> Chicago, IL 60613
> mcjessy@mcandt.com

/s/ Thomas F. Hurka

CHIDMS1/2579815.1

3