UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND and its Trustees RICHARD A. BAGGIO, TIM COLEMAN, PAUL R. HELLERMANN, JEFFREY ISAACSON, BENJAMIN JOHNSTON, J. DAVID PEPPER, ROBERT QUANSTROM, MICHAEL J. SEXTON and MARTIN C. UMLAUF; CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND and its Trustees RICHARD A. BAGGIO, TIM COLEMAN, PAUL R. HELLERMANN, JEFFREY ISAACSON, BENJAMIN JOHNSTON, FRANK LIBBY, J. DAVID PEPPER, ROBERT QUANSTROM, THOMAS S. RAKOW, MICHAEL J. SEXTON and MARTIN C. UMLAUF; CHICAGO AND NORTHEAST ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICE AND TRAINING PROGRAM and its Trustees RICHARD A. BAGGIO, TODD H. HARRIS, JEFFREY ISAACSON, KEITH JUTKINS, ALBERT L. LEITSCHUH, RANDY R. MEYER, BRUCE A. NELSON, J. DAVID PEPPER, JAMES A. SIKICH and MARTIN C. UMLAUF; and LABOR/MANAGEMENT UNION CARPENTRY COOPERATION PROMOTION FUND and its Trustees RICHARD A. BAGGIO, KENNETH BORG, JOSEPH FELDNER, J. DAVID PEPPER, and MARTIN C. UMLAUF,<br><br>Plaintiffs,<br><br>vs.<br><br>AL HATCHER, INC., an Illinois corporation,<br><br>Defendant. | No. 07 C 6316<br>Judge Suzanne Conlon<br>Magistrate Judge Cole |

**MOTION FOR EXTENSION OF TIME**
**TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

1. Defendant Al Hatcher, Inc., through its attorneys, Baker & McKenzie LLP, respectfully moves this Court to extend the time in which Defendant may file an answer or other responsive pleading in response to Plaintiffs' Complaint.

2. Plaintiffs filed their Complaint on November 7, 2007, and served a copy of the same on Defendant on November 11, 2007.

3. Defendant's answer or other responsive pleading is due December 3, 2007, which date has not yet passed.

4. After being served with the Complaint, Defendant sought legal counsel and retained Baker & McKenzie LLP for the purpose of representing it in this lawsuit, having previously never worked with Baker & McKenzie LLP.

4. Counsel for Defendant attempted to contact counsel for Plaintiffs, Kevin P. McJessy of McJessy, Ching & Thompson, LLC, via telephone and email in an effort to obtain Plaintiffs' consent to an extension. To date, counsel for Plaintiffs has not responded to counsel for Defendant's voicemail and email messages.

5. This extension of time should not cause any undue hardship or prejudice any of the parties to this lawsuit.

WHEREFORE, Defendant Al Hatcher, Inc. respectfully requests that this Court enter an Order extending the time in which Defendant may file an answer or other responsive pleading in this lawsuit by 21 days to, and including, December 24, 2007.

Dated: November 30, 2007                    Respectfully submitted,


                                            /s/ Thomas F. Hurka
                                            One of the Attorneys for Defendant
                                            Al Hatcher, Inc.

Michael A. Pollard
michael.a.pollard@bakernet.com
Lisa S. Brogan
lisa.s.brogan@bakernet.com
Thomas F. Hurka
thomas.f.hurka@bakernet.com
BAKER & McKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, Illinois 60601
(312) 861-8000
Fax: (312) 861-2899

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 30, 2007, I caused the foregoing Defendant's Motion for Extension of Time to File an Answer or Other Responsive Pleading to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Kevin P. McJessy
    McJessy, Ching & Thompson, LLC
    3759 North Ravenswood, Suite 231
    Chicago, IL 60613
    mcjessy@mcandt.com


            _/s/ Thomas F. Hurka_

CHIDMS1/2579803.1

4