UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND and its Trustees RICHARD A. BAGGIO, TIM COLEMAN, PAUL R. HELLERMANN, JEFFREY ISAACSON, BENJAMIN JOHNSTON, J. DAVID PEPPER, ROBERT QUANSTROM, MICHAEL J. SEXTON and MARTIN C. UMLAUF; CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND and its Trustees RICHARD A. BAGGIO, TIM COLEMAN, PAUL R. HELLERMANN, JEFFREY ISAACSON, BENJAMIN JOHNSTON, FRANK LIBBY, J. DAVID PEPPER, ROBERT QUANSTROM, THOMAS S. RAKOW, MICHAEL J. SEXTON and MARTIN C. UMLAUF; CHICAGO AND NORTHEAST ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICE AND TRAINING PROGRAM and its Trustees RICHARD A. BAGGIO, TODD H. HARRIS, JEFFREY ISAACSON, KEITH JUTKINS, ALBERT L. LEITSCHUH, RANDY R. MEYER, BRUCE A. NELSON, J. DAVID PEPPER, JAMES A. SIKICH and MARTIN C. UMLAUF; and LABOR/MANAGEMENT UNION CARPENTRY COOPERATION PROMOTION FUND and its Trustees RICHARD A. BAGGIO, KENNETH BORG, JOSEPH FELDNER, J. DAVID PEPPER, and MARTIN C. UMLAUF, | |
| Plaintiffs, | No. 07 C 6316<br>Judge Suzanne Conlon<br>Magistrate Judge Cole |
| vs. | |
| AL HATCHER, INC., an Illinois corporation, | |
| Defendant. | |

**NOTIFICATION OF AFFILIATES**

NOW COMES Defendant Al Hatcher, Inc., by and through its attorneys, BAKER & McKENZIE LLP, and, pursuant to L.R. 3.2, makes the following disclosure:

Al Hatcher, Inc. has no publicly-held affiliates.

Dated: November 30, 2007                    Respectfully submitted,

                                                             /s/ Thomas F. Hurka
                                        One of the Attorneys for Defendant
                                        Al Hatcher, Inc.

Michael A. Pollard
michael.a.pollard@bakernet.com
Lisa S. Brogan
lisa.s.brogan@bakernet.com
Thomas F. Hurka
thomas.f.hurka@bakernet.com
BAKER & McKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, Illinois 60601
(312) 861-8000
Fax: (312) 861-2899

CHIDMS1/2579878.1