Order Form (01/2005)
Case 1:07-cv-06316    Document 13    Filed 12/06/2007    Page 1 of 1    MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6316 | **DATE** | 12/6/2007 |
| **CASE TITLE** | CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, ET AL vs. AL HATCHER, INC | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 1/8/08 @ 9:00. Counsel shall notify the clerk if the case settles. Defendant's motion for extension of time to file an answer or other responsive pleading [12] is granted. Defendant's responsive pleading is due by 12/21/2007.

*Suzanne B. Conlon*

00:5

| | Courtroom Deputy Initials: | WH |
|---|---|---|

07C6316 CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, ET AL vs. AL HATCHER, INC    Page 1 of 1