# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6316 | **DATE** | 1/29/2008 |
| **CASE TITLE** | CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, ET AL vs. AL HATCHER, INC. | | |

**DOCKET ENTRY TEXT**

Report on settlement hearing held. Parties shall comply with FRCP 26(a)(1) by February 5, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda is set on April 29, 2008. Joint pretrial order submissions and agreed pattern jury instructions are set on May 13, 2008 @ 9:00 a.m. Plaintiff's draft is to be submitted to defendant by May 6, 2008. The case is placed on the June trial calender. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|