UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) | Case No. 07 C 6316 |
| Plaintiffs, | ) | |
| v. | ) | Judge Conlon |
| | ) | |
| AL HATCHER, INC., an Illinois corporation, | ) | Magistrate Cole |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF FACT DISCOVERY CUT-OFF DATE**

Plaintiffs, the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION

FUND, ET AL. (collectively "Trust Funds"), by their attorney Kevin P. McJessy, hereby move

this Court for a 28-day extension of fact discovery.  In support of their motion, Trust Funds state

as follows:

1.      There is presently a discovery cut-off date set in this matter for April 29, 2008.

2.      The parties have reached an agreement in principle on the terms of settlement.

The parties have also exchanged a settlement agreement but the agreement has not, at this time,

been fully executed.

3.      Should the agreement not be consummated by April 28, 2008, Trust Funds would

require an additional 28 days in order to either consummate a settlement in this matter, or compel

production of information and documents from Al Hatcher, Inc. ("Defendant") which were

previously requested by Trust Funds and which have not been produced.  In addition, Trust

Funds require the additional time in order to take the deposition of the president of Al Hatcher,

Inc. and possibly one or two of Defendant's employees.

4.      This motion is not being presented for the purposes of delay.  The parties have

been diligent in trying to resolve this matter.

5.      Counsel for Trust Funds and counsel for Defendant conferred regarding this

matter on April 25, 2008 and Defendant's counsel does not object to this motion.

WHEREFORE, Trust Funds respectfully request that this Court enter an order granting

an additional 28 days to complete fact discovery.


                                        CHICAGO REGIONAL COUNCIL OF
                                        CARPENTERS PENSION FUND, et al.,


                                        By:   s/ Kevin P. McJessy
                                                One of Their Attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260 (telephone)
(773) 880-1265 (facsimile)

**CERTIFICATE OF SERVICE**

   I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Plaintiffs' Motion for Extension of Fact Discovery Cut-Off Date** to be served upon:

  Michael Pollard
  Baker & McKenzie
  One Prudential Plaza
  130 E. Randolph Dr.
  Chicago, IL 60601

via Electronic Delivery by the Court's CM/ECF filing system on this 25th day of April 2008.


            s/ Kevin P. McJessy
           Kevin P. McJessy