UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 07 C 6316 |
| v. | ) ) | Judge Conlon |
| ENVIRONMENTAL SUCCESS CONSTRUCTION, INC., an Illinois corporation | ) ) ) | Magistrate Cole |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Michael Pollard
       Baker & McKenzie
       One Prudential Plaza, 130 E. Randolph Dr.
       Chicago, Illinois 60601

    PLEASE TAKE NOTICE that on Thursday May 1, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Suzanne Conlon or any other judge sitting in her stead in Room 1743 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present **Plaintiffs' Motion For Extension of Fact Discovery Cut-Off Date,** a copy of which is hereby attached and served upon you.


                                CHICAGO REGIONAL COUNCIL OF CARPENTERS
                                PENSION FUND et al.


                                By:   s/ Kevin P. McJessy
                                      One of their attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)

## CERTIFICATE OF SERVICE

    I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Notice of Motion** to be served upon

    Michael Pollard
    Baker & McKenzie
    One Prudential Plaza, 130 E. Randolph Dr.
    Chicago, Illinois 60601

via Electronic Delivery by the Court's CM/ECF filing system on April 25, 2008.

                                                          s/ Kevin P. McJessy
                                                          Kevin P. McJessy