# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6316 | **DATE** | 5/1/2008 |
| **CASE TITLE** | CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, ET AL vs. AL HATCHER, INC. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. The case is dismissed without prejudice pursuant to the settlement agreement. Plaintiffs' motion [18] for an extension of the fact discovery cut-off date is moot. All previously set dates are vacated.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|